

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00133-CV

James Clinton **COYLE**,
Appellant

v.

**COYLE FAMILY FARM, INC.**,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 3208
Honorable Vivian Torres, Judge Presiding

# O R D E R

The appellant's motion for leave to file supplemental brief is hereby GRANTED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.

Keith E. Hottle
Clerk of Court